**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| CESAR A. AGUIRRE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-169 |
| § | |
| KILOLO KIJAKAZI, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Cesar A. Aguirre's action pursuant to 42 U.S.C. § 405(g) seeking review of the denial of his application for disability benefits, which had been referred to the Magistrate Court for a report and recommendation. On September 13, 2023, the Magistrate Court issued an Amended Report and Recommendation, recommending that the Commissioner's decision be reversed and that this action be remanded for further proceedings.[1] The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[2] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, it is hereby **ORDERED** that the Commissioner's decision is **REVERSED** and that this action is **REMANDED** for further proceedings.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of October 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 18.
[2] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Douglas v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting FED. R. CIV. P. 72(b) advisory committee's note (1983)) *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in* ACS Recovery Servs., Inc. v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. Apr. 2, 2012).